IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN McDONALD                                                    PLAINTIFF

vs.           CASE No. 05-CV-2101

JOHN GARY, CLIFF THOMAS, JESSE
GAY, and RHEEM MANUFACTURING                                     DEFENDANTS

### ORDER

Now on this 24th day of April, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the Plaintiff's Motion for Non-Suit (#12), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge