IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN McDONALD                                                    PLAINTIFF

v.                          Case No. 05-2101

JOHN GARY, CLIFF THOMAS, JESSE
GAY, and RHEEM MANUFACTURING                                    DEFENDANTS

## **AMENDED ORDER**

Currently before the Court is Defendants' Response to Plaintiff's Motion to Dismiss. (Doc. 14.) On April 24, 2006, this Court granted Plaintiff's Motion to Dismiss (Doc. 12) and dismissed this matter without prejudice. Defendants request that the Court amend its order by conditioning the dismissal without prejudice upon the following:

(1) All discovery had by the parties in this matter will be available for use should Plaintiff re-file his claims; and

(2) The Court will consider ordering the Plaintiff to compensate Defendants for any duplicative costs and attorney's fees should Plaintiff re-file his claims.

Accordingly, Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2) subject to the conditions set forth above.

IT IS SO ORDERED this 25th day of April 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge